Marvin H. Kleinberg  (State Bar No.  24,953)
mkleinberg@kleinberglerner.com
Bradford E. Mattes (State Bar No. 159,004)
bemattes@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone:  310- 557-1511
Facsimile:    310- 557-1540

Victor I. Marmon (State Bar No. 66,709)
vmarmon@earthlink.net
MARMON LAW OFFICES
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone:  310-551-8120
Facsimile:    310-551-8113

Attorneys for Defendant and Counterclaimant
KRAMAR'S IRON & METAL, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| SA RECYCLING LLC, <br>     Plaintiff, <br>     v. <br> KRAMAR'S IRON & METAL, INC. <br>     Defendant <br> _____ <br><br> KRAMAR'S IRON & METAL, INC. <br>     Counterclaimant, <br>     v. <br> SA RECYCLING LLC, <br>     Counterdefendant. <br> _____ | Case No. SACV 12-0416-AG(JPRx) <br><br> STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER RE SAME |

STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER RE SAME

Plaintiff and counterclaim defendant SA Recycling LLC and defendant and counterclaimant Kramar's Iron & Metal, Inc. entered into a settlement agreement. Accordingly, they stipulate and request that the Court dismiss this action with prejudice. Each side shall bear its costs and attorneys' fees. A proposed Order in this regard is attached as Exhibit 1.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | KLEINBERG & LERNER, LLP MARMON LAW OFFICES |
|---|---|
| September 10, 2014 | September 10, 2014 |
| By: /S/Jonathan S. Pink<br>Jonathan S. Pink (Bar No. 179,685)<br>jonathan.pink@lewisbrisbois.com<br>Thomas S. Kiddé<br>Thomas.Kidde@lewisbrisbois.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 North Figueroa Street<br>Suite 1200<br>Los Angeles, CA 90012<br>Telephone: 213-580-6312<br>Facsimile: 213-250-7900<br>Attorneys for Plaintiff and Counterdefendant SA Recycling LLC | By: /S/Marvin H. Kleinberg<br>Marvin H. Kleinberg (Bar No. 24,953)<br>mkleinberg@kleinberglerner.com<br>Bradford E. Mattes (Bar No. 159,004)<br>bemattes@kleinberglerner.com<br>Kleinberg & Lerner, LLP<br>1875 Century Park East, Suite 1150<br>Los Angeles, California 90067-2501<br>Telephone: 310-557-1511<br>Facsimile: 310-557-1540<br><br>Victor I. Marmon (Bar No. 66,709)<br>vmarmon@earthlink.net<br>MARMON LAW OFFICES<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067-2517<br>Telephone: (310) 551-8120<br>Facsimile: (310) 551-8113<br>Attorneys for Defendant and Counterclaimant Kramar's Iron & Metal, Inc. |

I, Bradford E. Mattes, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that the above signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER RE SAME